UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSHUA KEITH BOYER, | § | |
|     Plaintiff, | § | |
| v. | § | No. 3:17-CV-914-N (BT) |
| JOSE SANTANA, et al., | § | |
|     Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss [ECF No. 72] is **GRANTED**.

**SO ORDERED,** this 28th day of March, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

1